UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES GOODELL, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>SOLEDAD UNIFIED SCHOOL DISTRICT, et al.,<br><br>  Defendants. | Case No. 19-cv-06196-VKD<br><br>**ORDER RE AUGUST 25, 2020 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 54 |

Plaintiffs and defendant Soledad Unified School District ("SUSD") ask the Court to resolve their dispute concerning SUSD's written responses to plaintiffs' document requests and SUSD's production of responsive documents, including electronically stored information ("ESI").. Dkt. No. 54. The Court deems this matter suitable for decision without oral argument. Civ. L.R. 7-1(b).

## I.  BACKGROUND

Plaintiffs advise that they served their first requests for production of documents on defendant SUSD on April 21, 2020. Dkt. No. 54 at 2. SUSD served written responses to these requests on June 5, 2020. *Id.* The parties agree that SUSD has not completed its production of responsive documents. *Id.* at 2-3, 7.

Plaintiffs ask the Court to order SUSD to supplement its responses to plaintiffs' written discovery requests to state specifically whether any responsive documents will not be produced, and if so, on what grounds. *Id.* at 5. In addition, plaintiffs ask the Court to order SUSD to produce all responsive documents, including ESI, within 15 days of the Court's order. *Id.* at 6. SUSD responds that it has acted in good faith, but that its supplemental discovery responses and

document production has been delayed by other matters that have occupied SUSD's time. *Id.* at 7. SUSD does not respond specifically to plaintiffs' request for relief.

## II. DISCUSSION

SUSD does not dispute that it must provide supplemental responses to plaintiffs' document requests or that its production of documents is incomplete. The only question before the Court is the deadline for SUSD's service of supplemental responses and production of documents.

### A. Supplemental Responses to Plaintiffs' Document Requests

Plaintiffs argue that they cannot understand from SUSD's written responses to plaintiffs' document requests whether SUSD is withholding from production particular documents or categories of documents otherwise responsive to the request, and if so, on what grounds. SUSD does not dispute plaintiffs' characterization of its written responses or its obligation to supplement those responses, but it does not say when it will serve supplemental responses.

The Court orders SUSD to serve complete, supplemental responses to plaintiffs' document requests no later than **September 30, 2020**. SUSD has known of plaintiffs' requests since April 2020 and has had five months to investigate the existence and location of responsive documents. In responding to plaintiffs' document requests, the Court reminds SUSD of its obligations to ensure its responses comply with Rule 34(b)(2) of the Federal Rules of Civil Procedure.

### B. Document Production

Plaintiffs argue that SUSD has not completed its production of responsive documents and has produced no ESI whatsoever. SUSD acknowledges that it agreed to complete its production by August 14, 2020, but has not done so. *See* Dkt. No. 54 at 3, 7, Ex. 13. SUSD cites "the substantial impact that the summer months' have on availability of SUSD personnel, preparation for the new school year, and having to confront additional challenges associated with establishing and facilitating unprecedented distance learning options for students" as reasons for the delayed production. Dkt. No. 54 at 7. SUSD does not provide the Court with any information about the steps it has taken to identify, collect, review, and produce responsive documents to date, or how long it expects completion of that process to take.

The Court orders SUSD to complete its production of responsive documents, including

ESI, by **October 9, 2020**. SUSD shall use its best efforts to produce documents on a rolling basis, rather than delaying the entirety of its remaining production until October 9, 2020.

Plaintiffs provided SUSD with a list of custodians and search terms for application to ESI on July 9, 2020. Dkt. No. 54, Ex. 3. On August 1, 2020, SUSD's counsel responded:

> I am in receipt of the specific search terms that you requested that that District use to complete its ESI search. We will be working with the District's I.T. personnel to produce any uncovered documents in native format, as requested. To the extent that there is any substantial difficulty in us providing the material in that format, I will meet and confer with you regarding how best to proceed – i.e., if alternative formats may be acceptable. In the meantime, we are working to comply with the request as it is stated presently.

*Id.*, Ex. 13. SUSD identified no difficulties with respect to plaintiffs' proposed search terms or custodians in its portion of the joint discovery dispute letter filed on August 25, 2020. The Court therefore expects SUSD to comply with plaintiffs' proposal with respect to the search for responsive ESI, unless the parties agree otherwise.

**C.    Privilege Log**

If SUSD asserts that certain responsive documents are protected from disclosure by a privilege or other protection, SUSD must prepare a privilege log that complies with the requirements of Rule 26(b)(5) of the Federal Rules of Civil Procedure. SUSD must serve its privilege log no later than **October 14, 2020**.

**IT IS SO ORDERED.**

Dated: September 15, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge