UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES GOODELL, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SOLEDAD UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-06196-VKD<br><br>**ORDER RE MARCH 19, 2021 DISCOVERY DISPUTE LETTER RE DEFENDANT'S EXPERT WITNESS DISCLOSURES**<br><br>Re: Dkt. No. 77 |

Plaintiffs and defendant Soledad Unified School District ("SUSD") ask the Court to resolve their dispute regarding SUSD's Rule 26(a)(2) disclosures of expert testimony. On March 23, 2021, the Court held a hearing on the dispute. For the reasons stated on the record during the hearing, the Court finds that SUSD's disclosures regarding Drs. Schreibman, Mills, and Shaw do not comply with the requirements of Rule 26(a)(2). As a remedy for this failure to comply and to address the prejudice to plaintiffs, the Court orders as follows:

1. SUSD may call only Dr. Schreibman as an expert witness at trial,[1] and not Dr. Mills or Dr. Shaw.

2. If SUSD intends to call Dr. Schreibman as an expert witness at trial, it must serve an amended expert report on plaintiffs no later than **April 6, 2021** that makes clear the nature and extent of Dr. Schreibman's reliance, if any, on information or opinion provided by another expert. Dr. Schreibman may not add to or modify the opinions set forth in her March 11, 2021 report, except to the extent she wishes to make concessions

---

[1] Subject to the Court's decision on any pretrial motions challenging the expert's qualifications or testimony.

in plaintiffs' favor.

3. Dr. Schreibman must sit for her deposition by plaintiffs before plaintiffs' expert, Dr. Huckabee, must sit for her deposition by SUSD.

4. Plaintiffs may elect to have Dr. Huckabee prepare a supplemental expert report that responds to Dr. Schreibman's amended expert report, or plaintiffs may elect to have Dr. Huckabee provide her response to Dr. Schreibman's amended expert report in response to questions posed by SUSD in deposition. If plaintiffs elect to have Dr. Huckabee prepare a supplemental expert report, such report must be served on SUSD at least three working days before Dr. Huckabee's deposition. In any event, the Court will permit Dr. Huckabee to testify at trial[2] in response to any opinions disclosed or raised for the first time by Dr. Schreibman after Dr. Huckabee's opening expert report.

5. The Court extends the close of expert discovery to **April 30, 2021** for depositions relating to the expert testimony disclosures of Drs. Huckabee and Schreibman.

**IT IS SO ORDERED.**

Dated: March 23, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[2] Subject to the Court's decision on any pretrial motions challenging the expert's qualifications or testimony.