UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| K.C. et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>SOLEDAD UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants. | Case No.  5:21-cv-08008 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Virginia K. DeMarchi for consideration of whether the case is related to 5:19-cv-06196 VKD, *C.G., et al. v. Soledad Unified School District, et al.*

**IT IS SO ORDERED.**

Dated:  November 3, 2021

                                      NATHANAEL M. COUSINS
                                      United States Magistrate Judge

Case No. 21-cv-08008 NC
SUA SPONTE JUDICIAL REFERRAL